## Attachment D
## Description of Property to be Seized

A.. Controlled substances, in particular cocaine and crack cocaine.

B. Paraphernalia for packaging, cutting, weighing, and distributing controlled substances, including but not limited to, scales and baggies.

C. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances.

D. Address and/or telephone books and papers reflecting names, address and/or telephone numbers.

E. Books, records, receipts, banks statements, money drafts, letters of credit, money orders and cashiers checks, pass books, bank checks, and any other item evidencing the obtaining, secreting, transfer, concealment, and/or expenditure of money.

F. Electronic equipment, such as computers, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, and any information stored in memory or contained in any related hardware and software.

G. United States currency, precious metals, jewelry, and financial instruments, including but not limited to, cashier checks, money orders, telegrams, and letters of credit.

H. Photographs, in particular, photographs of conspirators, of assets, and/or controlled substances, and other documents identifying associates and conspirators.

I. Indicia of occupancy, residency, and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes, and keys.

J. Weapons and firearms.

K. Any locked and/or closed containers believed to contain any of the above-listed evidence.