AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2300 Good Hope Road, S.E.
#117
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06 - 104 - M - 01

TO: __Warren A. McGee__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Task Force Officer Warren A. McGee__ who has reason to believe that
☐ on the person or ☒ on the premises known as (name, description and or location)

2300 Good Hope Road, S.E.
#117
Washington, D.C.

**FILED**

MAR 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __03/23/06__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 1 3 2006                                        at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                               /s/ John M. Facciola

Name and Title of Judicial Officer                  Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 3/13/06 | 3/15/06, 7:30 a.m. | Inside Residence |
| INVENTORY MADE IN THE PRESENCE OF | S/A Williamson and Detective G.D. Van Dyke | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment (Form DEA-12)

FILED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

K D. A. McGee

Subscribed, sworn to, and returned before me this date.

John Facch                              3/22/06
U.S. Judge or U.S. Magistrate Judge        Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

2300 Good Hope Rd Apt 117
WDC

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE**  03/15/06

**DIVISION/DISTRICT OFFICE**

WDO - OP. 12

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | CLEAR PLAST BAG WITH WHITE ROCK SUBSTANCE | SEIZURE |
| 1 | 9MM HK HANDGUN | SEIZURE |
| 1 | MISC. DOCUMENTS | SEIZURE |
| 1 | MISC. U.S. CURRENCY | SEIZURE |
| 1 | MISC. AMMUNITION | SEIZURE |
| 1 | GREEN WRAPPER CONT. GREEN PLANT MATERIAL | SEIZURE |

NOTHING FOLLOWS

**RECEIVED BY (Signature):** G.D. VanDyke
**NAME AND TITLE (Print or Type):** G.D. VanDyke

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** TFO

FORM DEA-12 (9-00) Previous editions obsolete            Electronic Form Version Designed in JetForm 5.2 Version